UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

BRANDEN MICHAEL WIREMAN,

        Plaintiff,               Case No. 1:25-cv-350

v.                                  Honorable Ray Kent

CRISSA D. BLANKENBURG et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

Dated:  April 28, 2025                     /s/ Ray Kent
                                                    Ray Kent
                                                    United States Magistrate Judge